[Civ. No. 2074.   First Appellate District.—December 11, 1916.]

CATARINO GOMEZ, Petitioner, v. AMERICAN CAN COMPANY and INDUSTRIAL ACCIDENT COMMISSION OF THE STATE OF CALIFORNIA, Respondents.

WORKMEN'S COMPENSATION ACT.—Petition for writ of review denied.

APPLICATION to review an award of the Industrial Accident Commission of the State of California.

The facts are stated in the opinion of the court.

Oscar Hudson, for Petitioner.

Chickering & Gregory, for Respondent American Can Company.

Christopher M. Bradley, for Respondent Industrial Accident Commission.

THE COURT.—The petition herein is denied. We think that the finding of the Industrial Accident Commission that the applicant has failed to establish any sympathetic affection of his uninjured eye was justified by the evidence before it, and hence that the order of the commission denying the petition for a rehearing was properly made.